UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

SCOTT N. JOHNSON,   NO. CIV. 2:12-01711 WBS EFB

      Plaintiff,

  v.

CHARLES D. GEWALT, individually and as co-Trustee of the Gewalt Revocable Trust; VICTORIA M. GEWALT, individually and as co-Trustee of the Gewalt Revocable Trust,

      Defendants.
_____/

----oo0oo----

      In his status report, plaintiff Scott N. Johnson indicates that none of the defendants in the above-cited case have been served. Federal Rule of Civil Procedure 4(m) provides:

> If a defendant is not served within 120 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

No later than October 29, 2012, plaintiff therefore must serve

1

defendants or show good cause for his failure to serve defendants, or the action will be dismissed.

The Status (Pretrial Scheduling) Conference set for October 15, 2012, in this matter is hereby continued to December 10, 2012, at 2:00 p.m.  Assuming plaintiff serves defendants, the parties shall submit a joint status report no later than November 26, 2012.

IT IS SO ORDERED.

DATED: October 10, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE